# UNITED STATES DISTRICT COURT
for the

District of New Mexico

| | |
|---|---|
| Travelers Casualty Insurance Company of America <br><br> *Plaintiff(s)* <br> v. <br> New Mexico Bone and Joint Institute, P.C., et al. <br><br> *Defendant(s)* | Civil Action No. 2:24cv00027 GJF/DLM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* New Mexico Bone and Joint Institute, P.C.
c/o Douglas R. Dodson, Registered Agent
2301 Indian Wells Rd., Suite A
Alamogordo, NM 88310

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jennifer A. Noya
Shannon N. Nairn
Post Office Box 2168
Bank of America Centre, Suite 1000
500 Fourth Street, N.W.
Albuquerque, NM 87103.2168

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Tuesday, January 30, 2024

Elizabeth Hernandez
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:24cv00027 GJF/DLM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **New Mexico Bone and Joint Institute, P.C.**
was received by me on *(date)* **2/01/2024**.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Arianne Tennyson, COO**, who is
designated by law to accept service of process on behalf of *(name of organization)* **New Mexico Bone and Joint Institute, P.C.** on *(date)* **2/12/2024** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **2/12/2024**

*Server's signature*

**David Garcia, Process Server**
*Printed name and title*

**PO Box 25903, Albuquerque, NM 87125**
*Server's address*

Additional information regarding attempted service, etc: