IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TRAVELERS CASUALTY INSURANCE COMPANY
OF AMERICA,

    Plaintiff,

v.                                                 No. 2:24-cv-00027-GJF-DLM

NEW MEXICO BONE AND JOINT INSTITUTE, P.C.,
AMERICAN FOUNDATION OF LOWER EXTREMITY
SURGERY AND RESEARCH, INC., a New Mexico Corporation,
RILEY RAMPTON, DPM, LOREN K. SPENCER, DPM,
TERVON DORSEY, INDIVIDUALLY, KIMBERLY DORSEY,
INDIVIDUALLY, and KATE FERLIC, as GUARDIAN AD LITEM FOR
K.D. AND J.D., MINORS.

    Defendants.

## ENTRY OF APPEARANCE

COMES NOW, Attorneys Mollie C. McGraw of McGraw Law, LLC and Allegra C. Carpenter of Allegra Carpenter Law Firm, LLC hereby enter their appearance on behalf of Defendants Tervon Dorsey, Kimberly Dorsey and Kate Ferlic, as Guardian ad Litem for K.D. and J.D., minors.

Respectfully Submitted,

*"Electronically Submitted"*

/s/ Mollie C. McGraw
Mollie C. McGraw
McGraw Law, LLC
165 W. Lucero Ave.
Las Cruces, NM 88005
(575) 523-4321
mollie@lawfirmnm.com

-and-

Allegra C. Carpenter
Allegra Carpenter Law Firm, LLC
500 Tijeras NW
Albuquerque, NM 87102
(505) 340-6069
Allegra@Allegra-Law.com

*Attorneys for Defendants Tervon Dorsey, Kimberly Dorsey and Kate Ferlic, as Guardian ad Litem for K.D. and J.D., minors.*

**CERTIFICATE OF SERVICE:**

I hereby certify that a true and correct copy of this pleading was delivered via CM/ECF to all counsel of record on this 28th day of February 2024.

*"Electronically Submitted"*

/s/ Mollie McGraw
Mollie C. McGraw