## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

TRAVELERS CASUALTY INSURANCE COMPANY
OF AMERICA,

     Plaintiff,

v.                                   No. 2:24-cv-00027-MV/DLM

NEW MEXICO BONE AND JOINT INSTITUTE, P.C.,
AMERICAN FOUNDATION OF LOWER EXTREMITY
SURGERY AND RESEARCH, INC., a New Mexico Corporation,
RILEY RAMPTON, DPM, LOREN K. SPENCER, DPM,
TERVON DORSEY, INDIVIDUALLY, KIMBERLY DORSEY,
INDIVIDUALLY, and KATE FERLIC, as GUARDIAN AD LITEM FOR
K.D. AND J.D., MINORS,

     Defendants.

## ORDER OF REFERENCE

In accordance with the provisions of 28 U.S.C. §§ 636(b)(1)(B), (b)(3), and *Va. Beach*

*Fed. Sav. & Loan Ass'n v. Wood*, 901 F.2d 849 (10th Cir. 1990), Tervon Dorsey, Kimberly

Dorsey, and Kate Ferlic, GAL of K.D. and J.D., Minors' Motion to Dismiss Travelers Casualty

Insurance Company of America's Declaratory Action [Doc. 20] is referred to Magistrate Judge

Damian L. Martinez to conduct hearings, if warranted, including evidentiary hearings, and to

perform any legal analysis required to recommend to the Court an ultimate disposition of the

case.  The Magistrate Judge will submit an analysis, including findings of fact, if necessary, and

recommended disposition, to the District Judge assigned to the case, with copies provided to the

parties.  The parties will be given the opportunity to object to the proposed findings, analysis,

and disposition as described in 28 U.S.C. § 636(b)(1).  Objections must be filed within fourteen

(14) days after being served with a copy of the proposed disposition.

 

_____
**MARTHA VÁZQUEZ**
**SENIOR UNITED STATES DISTRICT JUDGE**